1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7          FOR THE EASTERN DISTRICT OF CALIFORNIA

8   CARLOS G. LAW,

9          Plaintiff,                    No. CIV S-08-0291 LEW EFB P

10      vs.

11   ARUTHER, et al.,

12          Defendants.              <u>ORDER</u>

13   _____/

14      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations.

15   *See* 42 U.S.C. § 1983.  He has submitted an affidavit requesting leave to proceed *in forma*

16   *pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

17      Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without

18   prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph

19   (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent)

20   for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . ,

21   obtained from the appropriate official of each prison at which the prisoner is or was confined."

22   Plaintiff has not submitted the required trust account statement.

23      Plaintiff has requested that the court appoint counsel.   District courts lack authority to

24   require counsel to represent indigent prisoners in section 1983 cases.  *Mallard v. United States*

25   *Dist. Court*, 490 U.S. 296, 298 (1989).  In exceptional circumstances, the court may request

26   counsel voluntarily to represent such a plaintiff.  28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935

1

1  F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990).

2  The court finds that there are no exceptional circumstances in this case.

3       Accordingly, IT IS HEREBY ORDERED that:

4       1.  Plaintiff has 30 days from the date this order is served to submit the required trust

5  account statement.  Failure to comply with this order will result in a recommendation that

6  this action be dismissed.

7       2.  Plaintiff's March 12, 2008, request for appointment of counsel is denied.

8  DATED:  April 9, 2008.

9

10  EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26