IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS GILBERT LAW,

    Plaintiff,                    No. CIV S-08-0291 JAM EFB P

    vs.

WHITSON, et al.,

    Defendants.              ORDER

_____/

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff has requested a copy of the Local Rules. Good cause appearing, plaintiff's request is granted and the Clerk of the Court shall serve upon plaintiff a copy of the Local Rules of Court.

    So ordered.

Dated: September 22, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE