IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS GILBERT LAW,

       Plaintiff,                      No. CIV S-08-0291 JAM EFB P

     vs.

WHITSON, et al.,

       Defendants.           <u>ORDER</u>

_____/

     Defendants Noriega and Lambert have filed a motion to file under seal documents containing plaintiff's photographs, date of birth, social security number and fingerprints, attached as Exhibit B, Bates number 4 to 13, and Exhibit C, Bates number 14 to 26, in support of defendants' Motion to Revoke Plaintiff's IFP status and for Dismissal. Dckt. No. 68.

     As good cause has been demonstrated to maintain the confidential nature of the documents at issue, the motion is GRANTED. The Clerk is directed to file the referenced documents under seal.

     So ordered.

DATED: November 16, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE