IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARLOS GILBERT LAW,**<br><br>            Plaintiff,<br><br>    v.<br><br>**NORIEGA AND LAMBERT,**<br><br>            Defendants. | Case No. 2:08-CV-00291 JAM EFB<br><br>**ORDER** |

The Court has considered Defendants' motion to stay discovery and to file opposition to Plaintiff's motion for summary judgment pending decision on Defendants' motion to dismiss Plaintiff's second amended complaint for failure to exhaust administrative remedies.  Good cause appearing, Defendants' motion to stay is granted, and discovery and filing of opposition to Plaintiff's motion for summary judgment shall be stayed until after issuance of a decision on Defendants' motion to dismiss.

**IT IS SO ORDERED.**

Dated:  December 20, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE