IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS GILBERT LAW,

        Plaintiff,                       No. CIV S-08-0291 JAM EFB P

    vs.

NORIEGA, et al.,

        Defendants.         ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff has filed a request for production of documents with the court. *See* Dckt. No. 104. Plaintiff is hereby informed he must serve his requests for discovery on defendants rather than filing them with the court. Interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed with the clerk until there is a proceeding in which the document or proof of service is at issue. When required in a proceeding, only that part of the request and response that is in issue shall be filed." Local Rules 250.2-250.4. There is no proceeding before the court that requires plaintiff's discovery requests for its resolution.

////

////

1  Accordingly, plaintiff's request for production, Dckt. No. 104, is stricken and the Clerk
2  shall make a notation on the docket to that effect.
3  So ordered.
4  Dated: December 20, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE